1
2
3          UNITED STATES DISTRICT COURT
4               DISTRICT OF NEVADA
5                      * * *
6   MICHAEL COTA,                        Case No. 3:21-cv-00399-MMD-CLB
7                        Petitioner,                  ORDER
8        v.
9   WILLIAM GITTERE, *et al.*,
10                     Respondents.
11
12         This action is a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254,

13   by Petitioner Michael Cota, an individual incarcerated at Nevada's Ely State Prison. Cota

14   initiated this action on September 2, 2021, by submitting his habeas petition (ECF No. 1-

15   1), along with an application to proceed *in forma pauperis* (ECF No. 1). On September 3,

16   2021, Cota filed a "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

17   Sentence by a Person in Federal Custody." (ECF No. 3 ("Motion").)

18         Cota's application to proceed *in forma pauperis* is incomplete, in that it does not

19   include the required financial certificate, completed, and signed by an authorized prison

20   officer. *See* LR LSR 1-2. The Court will therefore deny the application to proceed *in forma*

21   *pauperis*, without prejudice to Cota filing a new application.

22         The Court will grant Cota time to either pay the filing fee for this action or file a new

23   application to proceed *in forma pauperis*. If Cota wishes to pay the filing fee, Cota must

24   have $5.00 sent to the Clerk of Court, with a cover letter indicating the case number of

25   this action. If Cota fails to pay the filing fee or file a new *in forma pauperis* application

26   within the time allowed, this action will be dismissed.

27         The Court will deny Cota's Motion under 28 U.S.C. § 2255. Such a motion is

28   properly made only by a person in federal custody. Cota is not in federal custody; he is

state custody. Cota's state conviction and sentence are properly challenged by means of his petition for writ of habeas corpus under 28 U.S.C. § 2254.

It is therefore hereby ordered that Petitioner Michael Cota's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 3) is denied.

It is further ordered that Cota's application to proceed *in forma pauperis* (ECF No. 1) is denied, without prejudice.

It is further ordered that Cota will have 45 days from the date of this Order to either pay the $5.00 filing fee for this action as instructed above or file a fully completed application to proceed *in forma pauperis*, including the required financial certificate.

The Clerk of Court is directed to send to Cota, along with a copy of this order, two form *in forma pauperis* applications.

DATED THIS 8th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE