UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL COTA, | Case No. 3:21-cv-00399-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, *pro se* Petitioner Michael Cota, has not yet paid the filing fee, thus his habeas petition has not yet been screened.

Cota's original application to proceed *in forma pauperis* (ECF No. 1) was incomplete. The Court therefore denied the application without prejudice and gave Cota time to file a new, complete application. (ECF No. 4.) On September 10, 2021, Cota filed a second application to proceed *in forma pauperis.* (ECF No. 5.) The Court denied the second application because it appeared from the information provided—primarily his average monthly deposits over the past six months—that Cota was able to pay the $5.00 filing fee. (ECF No. 6.) The Court gave Cota time to pay the filing fee and instructed him how to do so. (*Id.*)

On September 20, 2021, Cota filed a motion entitled "Informa Pauperis 2nd Request to Reconsider" (ECF No. 8 ("Motion for Reconsideration")), in which he requests the Court reconsider the denial of his second *in forma pauperis* application. Cota points out that he now has only 10 cents in his prison account, and Cota states the "source of his past funds has ended" and he cannot now pay the filing fee. (*Id.* at 1.) Based on Cota's representations that the source of his funds no longer exists, and he cannot pay the filing fee now, the Court will grant his Motion for Reconsideration, grant Cota *in forma pauperis* status, and file and screen his petition.

The Court has examined Cota's petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and the Court determines that it merits service upon Respondents. The Court will order that Cota's petition be served upon Respondents and will set a schedule for Respondents to appear and respond, and for further proceedings in this action.

It is therefore ordered that Petitioner Michael Cota's Motion for Reconsideration (ECF No. 8) is granted. Petitioner is granted *in forma pauperis* status and will not be required to pay the filing fee for this action.

The Clerk of Court is directed to separately file Cota's Petition for Writ of Habeas Corpus (ECF No. 1-1).

The Clerk of Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and to provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only.

It is further ordered that Respondents will have 30 days from the date of this order to appear in this action, and Respondents will have 90 days from the date of this order to answer or otherwise respond to the habeas petition.

It is further ordered that if Respondents file an answer, Petitioner will have 60 days to file a reply to the answer. If Respondents file a motion to dismiss, Petitioner will have 60 days to file a response to the motion to dismiss, and then Respondents will have 30 days to file a reply to Petitioner's response.

DATED THIS 21st Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE