UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL COTA,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00399-MMD-CLB<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus by Petitioner Michael Cota, an individual incarcerated at Nevada's Ely State Prison. Respondents are to respond to Cota's petition by December 12, 2021. (*See* ECF No. 10.)

The Court has received from Cota a letter dated October 18, 2021 (attached to this order), which was mailed directly to the chambers of the undersigned. The letter appears to make allegations regarding events that have occurred in state court proceedings.

It is improper for a party to an action in this Court to send such a communication directly to a judge's chambers. *See* LR IA 7-2. Any communication Cota wishes to transmit to the Court must be sent to the Clerk of Court for filing. Any further communication Cota sends directly to the undersigned judge will be returned to Cota without filing.

DATED THIS 22nd Day of October 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

TO: HONORABLE MIRANDA DU
FROM: MICHAEL COTA
DATE: OCTOBER 18, 2021
Ref: 3:21-CV-00399-MMD-CLB

Your Honor,

As you know I have several cases before you. In this letter I would like to focus on my Habeas Corpus. As you know by my filings my cases are all in reference to civil injustices I faced at the hands of Douglas County Authorities and these injustices continue. My Habeas Corpus was received in Douglas County on July 28, 2021. The State had until October 8, 2021 to respond (which is 45 days) The State did not respond so they stipulated. Now the court refuses even to docket my petition or supply a case number. As you know when the Respondent fails to comply with an order to respond they stipulate to the facts in the petition. Mr Cota is in a position where he has no access to the court. I submit these facts to you for your consideration. The State was served via Douglas County District Attorney and Nevada Attorney General.

Sincerly,

x M. Cota II