UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL COTA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00399-MMD-CLB<br><br>ORDER |

　　　　This is a capital habeas corpus action. On November 10, 2021, the Court granted Petitioner Michael Cota's motion for appointment of counsel and appointed as his counsel the Federal Public Defender for the District of Nevada. (ECF No. 19.) Appointed counsel has until December 10, 2021, to file a notice of appearance, or to indicate to the Court any inability to represent Cota in this case. (*See id.*)

　　　　On November 22, 2021, Cota, acting pro se, filed a request for clarification (ECF No. 20), stating:

> There are 3 people listed to receive electronic mailing, one being Rene Valladares. Mr. Cota requests to be informed on who this person is, as a Jonathan Kirshbaum contacted him as his attorney. Could the Court please inform Mr. Cota of Rene Valladares['s] identity[?]

(*Id.*)

　　　　Rene Valladares is the Federal Public Defender for the District of Nevada. Jonathan Kirshbaum is an Assistant Federal Public Defender—an attorney on the Federal Public Defender's staff. The other individual listed on the docket as currently receiving electronic service of filings is an attorney on the staff of the Nevada Attorney General. That attorney is counsel for Respondents.

///

The Court notes that Cota has filed three *pro se* motions requesting clarification of proceedings in this case. (ECF Nos. 7, 13, 20.) After counsel appears for Cota, Cota must consult with his counsel to obtain clarification regarding this case; the Court will then entertain no further *pro se* requests for clarification from Cota. *See* LR IA 11-6 ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.").

It is therefore ordered that Petitioner Michael Cota's request for clarification (ECF No. 20) is granted. The Court provides the clarification requested by Cota as discussed above.

DATED THIS 23rd Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE