UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL COTA,<br><br>　　　　　　　Petitioner,<br>　　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00399-MMD-CLB<br><br>ORDER |

In this habeas corpus action, on November 10, 2021, the Court granted Petitioner Michael Cota's motion for appointment of counsel and appointed as his counsel the Federal Public Defender for the District of Nevada ("FPD"). (ECF No. 19.) The FPD had until December 10, 2021, to file a notice of appearance, or to indicate to the Court any inability to represent Cota in this case. (*See id.*) On December 10, 2021, the FPD filed a motion for extension of time, seeking an extension of time to December 28, 2021. (ECF No. 25.) The FPD states an extension of time is necessary to complete their conflict check. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

It is therefore ordered that the FPD's motion for extension of time (ECF No. 25) is granted. The FPD will have until December 28, 2021, to file a notice of appearance, or to indicate to the Court any inability to represent Petitioner Michael Cota in this case.

DATED THIS 13th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE