UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL COTA,<br><br>                Petitioner,<br>    v.<br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:21-cv-00399-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Michael Cota, represented by appointed counsel, was due to file an amended habeas petition by March 29, 2022. (ECF No. 28.) On March 25, 2022, Cota filed a motion for extension of time (ECF No. 29), requesting a 90-day extension of time, to June 27, 2022. Cota's counsel states that the extension is necessary because of delays caused by the COVID-19 pandemic and because of her obligations in other cases. Respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court does not intend this order to affect the operation of any applicable statute of limitations in this case.

It is therefore ordered that Petitioner Michael Cota's motion for extension of time (ECF No. 29) is granted. Cota will have until and including June 27, 2022, to file his amended petition for writ of habeas corpus.

DATED THIS 28th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE